Case 1:08-cv-00539　　Document 1　　Filed 01/24/2008　　Page 1 of 2

AEE

FILED
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| ALVIN S. LAUTER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**08 C 539**

**JUDGE MORAN
MAGISTRATE JUDGE KEYS**

## COMPLAINT

Plaintiff, the United States of America, by its attorney, Patrick Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. §§ 7401, at the direction of the Attorney General of the United States and with authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, brings this civil action to reduce to judgment unpaid Trust Fund Recovery Penalty assessments made by the Internal Revenue Service against defendant, Alvin S. Lauter, for the period ending December 31, 1995. For its complaint, the United States alleges as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

2. Alvin S. Lauter resides within the jurisdiction of this Court.

3. On September 14, 1998, a delegate of the Secretary of the Treasury made an assessment against defendant-taxpayer Alvin S. Lauter for unpaid Trust Fund Recovery Penalties (26 U.S.C. 6672: Failure to Collect and Pay Over Tax, or Attempt to Evade or Defeat Tax) for the period ending December 31, 1995, in the amount of $164,402.96.

4. A delegate of the Secretary of the Treasury gave notice of the assessment described above to defendant-taxpayer Alvin S. Lauter and made demand for payment upon him.

5. Despite such notice and demand, he has neglected, failed, or refused to pay fully the assessed liabilities against him.  As a result, there is now due and owing to the United States the amount of $251,626.25, including interest calculated to July 1, 2005,  plus additional amounts that continue to accrue from that date.

WHEREFORE, the United States of America demands judgment against the defendant, Alvin S. Lauter, in the amount of $251,626.25, plus such additional amounts as may continue to accrue as provided by law after July 1, 2005, its costs in the action, and such other relief as the court determines is just and proper.

Respectfully Submitted,

PATRICK  FITZGERALD
United States Attorney


  /s/ Pamela Grewal
PAMELA GREWAL
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-6403
Fax: (202) 514-5238
E-Mail: Pamela.Grewal@usdoj.gov