IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-00539 |
| | ) | |
| ALVIN S. LAUTER, | ) | Hon James B. Moran |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PAMELA GREWAL

1. I am employed as a Trial Attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2. In my capacity as Trial Attorney, I have been assigned to represent the United States of America in the above-captioned proceeding. I am familiar with the complaint filed in this case, the information on which the complaint is based, and the information in the records of the Internal Revenue Service, and make this Declaration based upon my personal knowledge obtained in my capacity as attorney for the United States.

3. The United States filed its complaint in the above-referenced proceeding on January 24, 2008. (Docket No. 1)

4. In this action, the United States seeks to reduce assessed tax liabilities of Alvin S. Lauter to judgment.

5. On or about January 31, 2008, I sent Mr. Lauter a request to waive service of process. The request was sent to Mr. Lauter's personal residence by first-class mail.

6. On or about March 13, 2008, Mr. Lauter contacted me by telephone. He stated that he


GOVERNMENT EXHIBIT A

    had received the request for waiver of service, and would not waive service of process.

7. On or about March 25, 2008, I requested that It's Your Serve, Inc., a process server located in Chicago, Illinois, effect personal service upon Mr. Lauter

8. On or about April 23, 2008, I received from It's Your Serve, Inc., the affidavit of Special Process Server Jason Holinka. Mr. Holinka stated that he had been unable to effect service upon Mr. Lauter. Mr. Holinka attempted to effect service on six separate occasions.

9. The United States attempted to obtain a waiver of service by sending a request for waiver to Mr. Lauter's known residence Mr. Lauter received a copy of the complaint. The United States has attempted to effect personal service upon Mr. Lauter on six separate occasions. Therefore, diligent inquiry has been made to locate Mr. Lauter, and reasonable efforts to serve him have been unsuccessful.

10. The foregoing facts show that on due inquiry, Mr. Lauter cannot be found, so that process cannot be served on him, within the meaning of 735 Ill. Comp. Stat. § 5/2-206(a).

I certify under the penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C., on May 12, 2008.

                                          */s/ Pamela Grewal*
                                          Pamela Grewal, Trial Attorney