UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08 C 539
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

      ( ) Summons & Complaint
      ( ) Citation to Discover Assets
      ( ) Rule to Show Cause
      ( ) Subpoena
      ( ) Other:

1.    ( ) By leaving a copy with the named party, ------- personally on -------.

2.    ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.    ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------        RACE: -------        APPROXIMATE AGE: -------

5.    ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6.    ( X ) That he was unable to serve the within named party **Alvin S. Lauter** located at **3750 N. Lake Shore Drive, #4C, Chicago, IL 60613** for the reason: **Attempted service on 3/29/08 @ 3:55pm, 3/30/08 @ 9:00am, 4/1/08 @ 6:00pm, 4/5/08 @ 8:50am and all above attempts, no answer per doorman. Attempted service on 4/6/08 @ 8:00pm and per doorman, Ms. Lauter was unable to come down to accept the documents. Attempted service on 4/12/08 @ 3:50pm and no answer per doorman. Therefore, I was unable to contact the subject and effect service.**

Signed and Sworn to before me
This **21st** day of **April 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

GOVERNMENT EXHIBIT
B