IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-00539 |
| | ) | |
| ALVIN S. LAUTER, | ) | Hon James B. Moran |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on May 14, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the United States shall appear before the Honorable James B. Moran, in the courtroom usually occupied by that Judge, at 219 South Dearborn Street, Chicago, Illinois, to present the accompanying United States' Unopposed Motion to Serve Alvin Lauter by Alternative Means.

        PATRICK J. FITZGERALD
        United States Attorney

        */s/ Pamela Grewal*
        PAMELA GREWAL
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6403
        Fax: (202) 514-5238
        E-mail: Pamela.Grewal@usdoj.gov

3273515.1

CERTIFICATE OF SERVICE

I certify that the foregoing document was filed using the Court's CM/ECF filing system on May 12, 2008.  As of that date, no other parties had appeared in this action.

*/s/ Pamela Grewal*
PAMELA GREWAL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-6403
Fax: (202) 514-5238
E-mail: Pamela.Grewal@usdoj.gov

3273515.1