IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-00539 |
| | ) | |
| ALVIN S. LAUTER, | ) | Hon James B. Moran |
| | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I certify that on May 20, 2008, I served a summons and a copy of the United States' complaint in the above-captioned proceeding upon the following by first-class mail and certified mail:

    Alvin S. Lauter
    3750 N. Lake Shore Drive, #4C
    Chicago, Illinois 60613

Service was made pursuant to the Court's order of May 14, 2008, permitting the United States to effect service upon defendant Alvin Lauter by alternative means.

    PATRICK J. FITZGERALD
    United States Attorney

    */s/ Pamela Grewal*
    PAMELA GREWAL
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6403
    Pamela.Grewal@usdoj.gov

3425257.1