IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-00539 |
| | ) | |
| ALVIN S. LAUTER, | ) | Hon James B. Moran |
| | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' REQUEST FOR ENTRY OF DEFAULT

To:   Michael W. Dobbins, Clerk of the Court for the United States District Court in the Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter default against Defendant Alvin S. Lauter, on the grounds that he has failed to plead or otherwise defend herein, as appears from the Certificate of Service filed with the Court on July 14, 2008, entered as Docket Number 12.

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

                                */s/ Pamela Grewal*
                                PAMELA GREWAL
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 55
                                Ben Franklin Station
                                Washington, D.C.  20044
                                Telephone: (202) 307-6403
                                Pamela.Grewal@usdoj.gov

3425258.1

CERTIFICATE OF SERVICE

I certify that the foregoing document was filed using the Court's CM/ECF filing system, and that on July 15, 2008, service of the same was made upon the following by first-class mail, postage prepaid, addressed to:

>Alvin S. Lauter
>3750 N. Lake Shore Drive, #4C
>Chicago, Illinois 60613

>*/s/ Pamela Grewal*
>PAMELA GREWAL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6403
>Pamela.Grewal@usdoj.gov

3425258.1